
ORIGINAL

**FILED**

08/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0446

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0446

_____

KYLA HARPER AND SHAWN HORTON,

    Co-Petitioners,

v.

                                     O R D E R

MONTANA FOURTH JUDICIAL DISTRICT
COURT, MISSOULA COUNTY, HON. ROBERT
L. DESCHAMPS III, PRESIDING JUDGE,

    Respondent.

_____

Petitioners Kyla Harper and Shawn Horton, via counsel, petitioned this Court for a writ of supervisory control in which they asked this Court to direct the Fourth Judicial District Court, Missoula County, to issue a written order memorializing its oral ruling that denied their Motion for Partial Stay of Judgment Pending Appeal in that court's Cause No. DN-23-96. Harper and Horton argued that they had urgent need of a written order denying their motion so they could request relief from that denial in this Court pursuant to M. R. App. P. 22(2).

This Court has received notice that the District Court has since issued its written order denying Harper and Horton's Motion for Partial Stay of Judgment Pending Appeal. As such, there is no basis for this Court to further consider this petition.

IT IS THEREFORE ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED as MOOT.

The Clerk is directed to provide immediate notice of this Order to all parties of record in the Fourth Judicial District Court, Missoula County, Cause No. DN-23-96, and the Honorable Robert L. Deschamps III, presiding.

DATED this 13 day of August, 2024.

**FILED**

AUG 1 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____

_____

_____
Justices